**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

MICHAEL LAPHAM,

       Plaintiff,

v.                                                            Case No.  5:19-cv-579-Oc-34PRL

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION and
SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT,

       Defendants.

_____

**O R D E R**

    **THIS CAUSE** is before the Court on the Report & Recommendation (Dkt. No. 35; Report) entered by the Honorable Philip R. Lammens, United States Magistrate Judge, on August 21, 2020.  In the Report, Judge Lammens recommends that Defendant Southwest Florida Water Management District's (SWFMD) Motion to Dismiss (Dkt. No. 25) and Defendant Florida Fish and Wildlife Conservation Commission's (FWC) Motion to Dismiss (Dkt. No. 26) both be denied.  See Report at 13.  To date, no objections to the Report have been filed, and the time for doing so has passed.

    The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b). If no specific objections to findings of facts are filed, the district court is not required to conduct a de novo review of those findings.  See Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11ᵗʰ Cir. 1993); see also 28 U.S.C. § 636(b)(1). However, the district court must review legal conclusions de novo.  See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11ᵗʰ Cir. 1994);

United States v. Rice, No. 2:07-mc-8-FtM-29SPC, 2007 WL 1428615, at * 1 (M.D. Fla. May 14, 2007).

Upon independent review of the file and for the reasons stated in the Magistrate Judge's Report, the Court will accept and adopt the legal and factual conclusions recommended by the Magistrate Judge.  Accordingly, it is hereby

ORDERED:

1. The Report & Recommendation (Dkt. No. 35) is ADOPTED as the opinion of the Court.

2. Defendant Southwest Florida Water Management District's Motion to Dismiss (Dkt. No. 25) is DENIED.

3. Defendant Florida Fish and Wildlife Conservation Commission's Motion to Dismiss (Dkt. No. 26) is DENIED.

DONE AND ORDERED in chambers this 25th day of September, 2020.

MARCIA MORALES HOWARD
United States District Judge

i49
Copies to:

Counsel of Record

2