UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MICHAEL LAPHAM,**

    **Plaintiff,**

v.                                                         **Case No: 5:19-cv-579-Oc-34PRL**

**FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION and
SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT,**

    **Defendants.**

## ORDER

On October 27, 2020, Defendants Florida Fish and Wildlife Conservation Commission and Southwest Florida Water Management District filed a motion to strike Plaintiff's expert. (Doc. 44). Plaintiff then filed a response to Defendants' motion. (Doc. 53). On November 18, 2020, Defendants filed a motion requesting for leave to file a reply, which the court granted. (Doc. 54). Now, Plaintiff has filed a motion to file a sur-reply because he claims that Defendants' reply injected new issues which are not accurately applied to facts in this case.

While the court recognizes that Defendants are opposed to the motion, the court believes that a sur-reply will be helpful for the resolution of the motion to strike. Plaintiff's motion (Doc. 58) is GRANTED to the extent that Plaintiff shall file a sur-reply not exceeding six pages on or before December 7, 2020.

**DONE** and **ORDERED** in Ocala, Florida on December 1, 2020.

- 2 -

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties