UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

MICHAEL LAPHAM,

    Plaintiff,

v.       Case No: 5:19-cv-579-MMH-PRL

FLORIDA FISH AND WILDLIFE
CONSERVATION COMMISSION and
SOUTHWEST FLORIDA WATER
MANAGEMENT DISTRICT,

    Defendants.

## ORDER

On February 19, 2021, Plaintiff filed two motions for summary judgment. (Docs. 74, 76). Defendants responded on March 19, 2021. (Docs. 88, 90). Pursuant to Local Rule 3.01(d), Plaintiff was permitted to file a reply not exceeding seven pages on or before April 2, 2021. Instead, the plaintiff filed motions for leave to file a nine-page reply. (Docs. 95, 96).

Accordingly, Plaintiff's motions (Docs. 95, 96) are GRANTED in part. Plaintiff shall file replies not exceeding seven pages on or before April 15, 2021.

**DONE** and **ORDERED** in Ocala, Florida on April 9, 2021.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties